UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LING HAN,<br><br>                            Plaintiff,<br><br>   v.<br><br>YALE UNIVERSITY, HOLLY RUSHMEIER, LIN ZHONG,<br><br>                           Defendants. | Case No. 1:25-cv-07083<br><br>**DEFENDANTS YALE UNIVERSITY, HOLLY RUSHMEIER, AND LIN ZHONG'S NOTICE OF REMOVAL** |

**TO:**    **Clerk**
         **United States District Court**
         **Southern District of New York**
         **500 Pearl St, New York, NY 10007**

         **Qi Men, Esq.**
         **YK Law LLP**
         **333 Sylvan Ave**
         **Englewood Cliffs, NJ 07632**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Yale University, Holly Rushmeier, and Lin Zhong (collectively, the "Defendants"), by and through their undersigned counsel, hereby give notice of the removal to this Court of a civil action originally filed as *Ling Han v. Yale University, Holly Rushmeier, and Lin Zhong*, Index No. 160824/2025, in the Supreme Court of the State of New York, County of New York, as the Complaint presents a federal question. In support of this Notice of Removal, Defendants state as follows:

1. On August 14, 2025, Plaintiff Ling Han filed a Summons and Complaint in the Supreme Court of the State of New York, County of New York, and purchased Index Number 160824/2025.

Plaintiff's Complaint named Yale University, Holly Rushmeier, and Lin Zhong as Defendants and alleges causes of action under both state and federal law. The Action generally sounds in breach of contract; promissory estoppel; violation of the Americans with Disabilities Act (codified in 42 U.S.C. § 12132); retaliation under Title VI of the Civil Rights Act (codified in 42 U.S.C. § 2000d et seq.) and Title IX of the Civil Rights Act (codified in 20 U.S.C. Sections 1681-1688); and disability discrimination under the Americans with Disabilities Act (codified in 42 USC § 12101) and Section 504 of the Rehabilitation Act (codified in 29 U.S.C. § 794); and Intentional Infliction of Emotional Distress. *See* a true and accurate copy of Plaintiff's Summons and Complaint attached hereto as **Exhibit A**.

2. Defendants have not been served with Plaintiff's Summons and Complaint, but have downloaded it from the electronic filing system for the Supreme Court of the State of New York, County of New York  *See* a true and accurate copy of Plaintiff's Summons and Complaint attached as **Exhibit B**.

3. Section 1446(a) states that "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant." 28 U.S.C. § 1446(a); *see also Auguste v. Nationwide Mut. Ins. Co.*, 90 F. Supp. 2d 231, 232-33 (E.D.N.Y. 2000) (holding that when a defendant receives personal service of the summons and complaint, the thirty-day period during which the defendant may remove a case begins upon service).

4. Thus, this Notice of Removal is timely filed within thirty (30) days of receipt of the Summons and Complaint pursuant to 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

5. As asserted below, this Court has original jurisdiction over the subject matter pursuant to 28 U.S.C. § 1331 insofar as Plaintiff's Complaint asserts causes of action which constitute federal questions.

6.  Here, the Third Count of Plaintiff's Complaint alleges that "Plaintiff is a qualified individual with a disability, having been diagnosed with borderline personality disorder. Yale received notice of this diagnosis yet failed to engage in an interactive process or provide reasonable accommodation." *See* **Exhibit A** at ¶ 39.

7.  Plaintiff also alleges that Defendants violated the Americans with Disabilities Act (42 U.S.C. § 12132) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794) by subjecting Plaintiff to derogatory remarks and via the denial of academic opportunities available to other students.

8.  Removal to this district is proper under 28 U.S.C. § 1441(a) because the United States District Court for the Southern District of New York embraces the Supreme Court of New York, County of New York, where the removed action is pending.

9.  By filing this Notice of Removal, Defendants do not waive and hereby expressly reserve the right to assert any defense or motion available.

10. Promptly after filing this Notice of Removal, a written Notice of Removal of Filing of Removal will be served upon Plaintiff's counsel and upon the Clerk of the Supreme Court of the State of New York, County of New York, as required by 28 U.S.C. § 1446(d).

11. By removing this Action from the Supreme Court of the State of New York, County of New York, Defendants do not waive any defenses available to it.

12. By removing this Action from the Supreme Court of the State of New York, County of New York, Defendants do not admit any of Plaintiff's allegations contained within Plaintiff's Complaint.

**WHEREFORE**, Defendants Yale University, Holly Rushmeier, and Lin Zhong remove the above-captioned Action from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

Dated: August 26, 2025
New York, New York

                                              Respectfully submitted,

By: */s/ Michael L. Yaeger*
Michael L. Yaeger, Esq.
Amrit P. Singh, Esq.
CARLTON FIELDS, P.A.
405 Lexington Ave., 36th Floor
New York, New York 10174
(T): 212.785.2577
myaeger@carltonfields.com
asingh@carltonfields.com
*Attorneys for Defendants*
*Yale University, Holly Rushmeier,*
*and Lin Zhong*