UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ling Han,

                Plaintiff,

    - against -

Yale University, et al.,

                Defendants.

25-cv-7083 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the defendants' anticipated motion to dismiss on **Friday, January 30, 2026, at 4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    **New York, New York**
            **January 26, 2026**

                        _____
                          John G. Koeltl
                 United States District Judge