UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

LING HAN,

                         Plaintiff,            25-cv-7083 (JGK)

          - against -                          ORDER

YALE UNIVERSITY, ET AL.,
                         Defendants.

———————————————————————

JOHN G. KOELTL, District Judge:

In their letter, the defendants represent that they have never been served in this action. See ECF No. 6. The plaintiff originally filed this action in the New York state court, and the defendants removed this action to this Court on August 26, 2025, and service has not been completed within ninety days as required by Rule 4(m) of the Federal Rules of Civil Procedure.

During today's telephone conference, the plaintiff stated that he wishes to transfer this action to Connecticut. The defendants contend that this Court lacks personal jurisdiction over them and that venue is improper in this District, in addition to the failure to effect service. In these circumstances, this action cannot proceed in this District.

Accordingly, this action is dismissed without prejudice. The plaintiff may bring any claims he wishes to pursue in an appropriate court in Connecticut.

The Clerk is respectfully directed to close this case and to mail a copy of this Order to the plaintiff at 515 Prospect St. Apt 4, New Haven, Connecticut, 06511.

The Court will email a copy of this Order to the plaintiff at ling.han.us@gmail.com.


**SO ORDERED.**
**Dated:    New York, New York**
**January 30, 2026**

_____
**John G. Koeltl**
**United States District Judge**